## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joel Lopez, Jr., | Civ. No. 25-4659 (JWB/LIB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| FMC Rochester and Jared Rardin, *Warden*, | |
| Respondents. | |

United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") in this matter on February 6, 2026. (Doc. No. 7.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The February 6, 2026, Report and Recommendation (Doc. No. 7) is **ACCEPTED**; and

2. Petitioner Joel Lopez, Jr.'s Amended Petition for Writ of Habeas Corpus (Doc. No. 6) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: March 5, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge